JAMES P. KOELZER (CA SBN 183760)
james.koelzer@clydeco.us
DAVID KTSHOZYAN (CA SBN 299414)
david.ktshozyan@clydeco.us
**CLYDE & CO US LLP**
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

Attorneys for Defendants,
STARNET INSURANCE COMPANY AND
BERKLEY ASSET PROTECTION UNDERWRITING MANAGERS, LLC

DANIEL J. FOSTER (CA SBN 238012)
dfoster@wilkefleury.com
JOSE L. PARRA (CA SBN 318273)
jparra@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone:  (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Plaintiff,
WITHERELL'S INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WITHERELL'S INC., <br><br> Plaintiff, <br><br> v. <br><br> STARNET INSURANCE COMPANY; BERKLEY ASSET PROTECTIONS UNDERWRITING MANAGERS, LLC, AND DOES 1 THROUGH 100, <br><br> Defendants. | Case No. 2:26-cv-00016-JAM-SCR <br><br> [Assigned to: Senior District Judge John A. Mendez / Magistrate Judge Sean C. Riordan] <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** <br><br> [Pursuant to Fed. R. Civ. P. 6 and Local Rule 144 (a)] |

/ / /

1  Plaintiff, Witherell's, Inc. ("Plaintiff"), and Defendants StarNet Insurance
2  Company and Berkley Asset Protection Underwriting Managers, LLC ("BAPU"), by
3  and through their attorneys, hereby stipulate, subject to approval of the Court, to
4  extend BAPU's deadline for filing a responsive pleading to Plaintiff's Complaint from
5  January 9, 2026 to January 23, 2026, in light of the following:

6  WHEREAS, Plaintiff filed its Complaint on October 27, 2025;

7  WHEREAS, Plaintiff served the Summons and Complaint on Defendant on
8  December 1, 2025;

9  WHEREAS, Defendants removed the Complaint to the United States District
10  Court for the Eastern District of California on January 2, 2026;

11  WHEREAS, BAPU's response to Plaintiff's Complaint is currently due on
12  January 9, 2026;

13  WHEREAS, counsel for Plaintiff and Defendants are meeting and conferring
14  regarding the potential voluntary dismissal of BAPU from the litigation;

15  WHEREAS, the parties need additional time to meet and confer regarding the
16  potential voluntary dismissal of BAPU from the litigation;

17  WHEREAS, the parties hereby stipulate, subject to approval of the Court, to
18  extend the deadline for BAPU's responsive pleading in the above-captioned matter
19  from January 9, 2026 to January 23, 2026.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  43053405v1                               2                 Case No.: 2:26-cv-00016-JAM-SCR

STIPULATION AND ORDER TO EXTEND THE DEADLINE TO
FILE A RESPONSIVE PLEADING

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600

WHEREAS, the parties have not previously asked for an extension of time to file a responsive pleading to the Complaint. The parties appreciate the Court's patience in this matter.

Respectfully Submitted,

Dated: January 6, 2026    **CLYDE & CO US LLP**

By: /s/ *James P. Koelzer*
James P. Koelzer
David Ktshozyan

Attorneys for Defendants,
STARNET INSURANCE COMPANY AND BERKLEY ASSET PROTECTION UNDERWRITING MANAGERS, LLC

Dated: January 6, 2026    **WILKE FLEURY LLP**

By: /s/ *Daniel J. Foster*
Daniel J. Foster
Jose L. Parra

Attorneys for Plaintiff,
WITHERELL'S INC.

# ORDER

Pursuant to Stipulation and good cause having been shown, the deadline for Defendant Berkley Asset Protection Underwriting Managers, LLC to respond to Plaintiff's Complaint in the above-captioned matter is hereby **CONTINUED** from January 09, 2026, to **January 23, 2026**.

**IT IS SO ORDERED**.

Dated: January 08, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600

## **ATTESTATION OF COUNSEL PER L.R. 5 (a)**

Pursuant to Local Rule 5(a), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 6, 2026         **CLYDE & CO US LLP**

By: */s/ James P. Koelzer*
     James P. Koelzer
     David Ktshozyan

     Attorneys for Defendants,
     STARNET INSURANCE COMPANY
     AND BERKLEY ASSET PROTECTION
     UNDERWRITING MANAGERS, LLC

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on January 6, 2026, I electronically filed the foregoing document entitled **STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** with the Clerk of the Court for the United States District Court, Eastern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

| | |
|---|---|
| Daniel J. Foster, Esq.<br>Jose L. Parra, Esq.<br>WILKE FLEURY LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, CA 95814<br><br>Attorneys for Plaintiff,<br>*WITHERELL'S INC.* | Telephone:  (916) 441-2430<br>Facsimile:   (916) 442-6664<br><br>Emails: dfoster@wilkefleury.com;<br>jparra@wilkefleury.com; |

Dated: January 6, 2026           **CLYDE & CO US LLP**

By: */s/ James P. Koelzer*
    James P. Koelzer
    David Ktshozyan

43053405v1