JAMES P. KOELZER (CA SBN 183760)
james.koelzer@clydeco.us
DAVID KTSHOZYAN (CA SBN 299414)
david.ktshozyan@clydeco.us
**CLYDE & CO US LLP**
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

Attorneys for Defendants,
STARNET INSURANCE COMPANY AND
BERKLEY ASSET PROTECTION UNDERWRITING
MANAGERS, LLC

DANIEL J. FOSTER (CA SBN 238012)
dfoster@wilkefleury.com
JOSE L. PARRA (CA SBN 318273)
jparra@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Plaintiff,
WITHERELL'S INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| WITHERELL'S INC., | Case No. 2:26-cv-00016-JAM-SCR |
|---|---|
| Plaintiff, | [Assigned to: District Judge John A. Mendez / Magistrate Judge Sean C. Riordan] |
| v. | |
| STARNET INSURANCE COMPANY; BERKLEY ASSET PROTECTIONS UNDERWRITING MANAGERS, LLC, AND DOES 1 THROUGH 100, | **SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** |
| Defendants. | [Pursuant to Fed. R. Civ. P. 6 and Local Rule 144 (a)] |

/ / /

43209851v1

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A
RESPONSIVE PLEADING

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600

Plaintiff, Witherell's, Inc. ("Plaintiff"), and Defendants StarNet Insurance Company and Berkley Asset Protection Underwriting Managers, LLC ("BAPU"), by and through their attorneys, hereby stipulate, subject to approval of the Court, to extend BAPU's deadline for filing a responsive pleading to Plaintiff's Complaint from January 23, 2026 to February, 2026, in light of the following:

WHEREAS, Plaintiff filed its Complaint on October 27, 2025;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on December 1, 2025;

WHEREAS, Defendants removed the Complaint to the United States District Court for the Eastern District of California on January 2, 2026;

WHEREAS, BAPU's response to Plaintiff's Complaint was initially due on January 9, 2026;

WHEREAS, the parties previously stipulated and the Court granted an extension of time for BAPU to respond to Plaintiff's Complaint by January 23, 2026;

WHEREAS, counsel for Plaintiff and Defendants are finalizing the terms of a voluntary dismissal without prejudice of BAPU from the litigation;

WHEREAS, the parties need additional time to finalize the terms of the voluntary dismissal;

WHEREAS, the parties hereby stipulate, subject to approval of the Court, to extend the deadline for BAPU's responsive pleading in the above-captioned matter from January 23, 2026 to February 6, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREAS, the parties appreciate the Court's patience in this matter.

Respectfully Submitted,

Dated: January 23, 2026

**CLYDE & CO US LLP**

By:  */s/ David Ktshozyan*
James P. Koelzer
David Ktshozyan

Attorneys for Defendants,
STARNET INSURANCE COMPANY
AND BERKLEY ASSET PROTECTION
UNDERWRITING MANAGERS, LLC

Dated: January 23, 2026

**WILKE FLEURY LLP**

By:  */s/ Daniel J. Foster*
Daniel J. Foster
Jose L. Parra

Attorneys for Plaintiff,
WITHERELL'S INC.

43209851v1

3

Case No.: 2:26-cv-00016-JAM-SCR

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A
RESPONSIVE PLEADING

**ORDER**

Pursuant to Stipulation and good cause having been shown, the deadline for Defendant Berkley Asset Protection Underwriting Managers, LLC to respond to Plaintiff's Complaint in the above-captioned matter is hereby **CONTINUED** from January 23, 2026 to **February 6, 2026**.

**IT IS SO ORDERED**.

Dated:  January 28, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

43209851v1                                    4                    Case No.: 2:26-cv-00016-JAM-SCR

SECOND STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A
RESPONSIVE PLEADING

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone: (213) 358-7600