WILKE FLEURY LLP
DANIEL J. FOSTER (SBN 238012)
dfoster@wilkefleury.com
JOSE L. PARRA (SBN 318273)
jparra@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:    (916) 441-2430
Facsimile:    (916) 442-6664

Attorneys for Plaintiff WITHERELL'S, INC.

JAMES P. KOELZER (SBN 183760)
james.koelzer@clydeco.us
DAVID KTSHOZYAN (SBN 299414)
david.ktshozyan@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

Attorneys for Defendants,
STARNET INSURANCE COMPANY AND
BERKLEY ASSET PROTECTION
UNDERWRITING
MANAGERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WITHERELL'S, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>STARNET INSURANCE COMPANY;<br>BERKLEY ASSET PROTECTION<br>UNDERWRITING MANAGERS, LLC; AND<br>DOES 1 THROUGH 100,<br><br>        Defendants. | Case No. 2:26-cv-00016-JAM-SCR<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BERKLEY ASSET PROTECTION UNDERWRITING MANAGERS, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*ASSIGNED TO THE HONORABLE JOHN A. MENDEZ – COURTROOM 6* |

Plaintiff, Witherell's, Inc. ("Plaintiff"), Defendant StarNet Insurance Company and Defendant Berkley Asset Protection Underwriting Managers, LLC ("BAPU"), by and through their attorneys, hereby stipulate, subject to approval of the Court, for voluntary dismissal without

3972395.1

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)

prejudice of BAPU and tolling of the statutes of limitations in light of the following:

WHEREAS, Plaintiff filed its Complaint on October 27, 2025. Said Complaint alleges the following causes of action against Defendants: (1) Breach of Contract; (2) Beach of the Implied Covenant of Good Faith and Fair Dealing; (3) Unfair Business Practices and (4) Declaratory Relief;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on December 1, 2025;

WHEREAS, Defendants removed the Complaint to the United States District Court for the Eastern District of California on January 2, 2026;

WHEREAS, on January 8, 2026, the Court granted the parties' stipulation to extend BAPU's time to answer or respond to the complaint until January 23, 2026. [Dkt. 6.]

WHEREAS, on January 28, 2026, the Court granted the parties' stipulation to extend BAPU's time to answer or respond to the complaint until February 6, 2026. [Dkt. 9.]

WHEREAS, the parties met and conferred regarding the potential voluntary dismissal of BAPU from the litigation.

WHEREAS, the parties, through their respective attorneys of record, hereby submit to the Court a Voluntary Dismissal without Prejudice of BAPU pursuant to the following terms:

BAPU represents that it did not issue the insurance policy that is the subject of this action; and

BAPU represents that it had no involvement in underwriting the insurance policy that is the subject of this action; and

BAPU represents that it had no involvement in the facts giving rise to this action; and

BAPU waives the Statute of Limitations and agrees to be brought back into the litigation in the event that further investigation and discovery demonstrate that BAPU issued the subject policy, was involved in the underwriting of the subject policy, or any other basis for liability.

IT IS HEREBY STIPULATED:

(1) BAPU will be dismissed without prejudice; and

(2) The statutes of limitations on all claims brought in this action are tolled. The tolling of the statutes of limitations will continue throughout and until resolution of this action.

DATED:  February 5, 2026          WILKE FLEURY LLP

By:  /s/ Daniel J. Foster
          DANIEL J. FOSTER
     Attorneys for Plaintiff WITHERELL'S, INC.

DATED:  February 5, 2026          CLYDE & CO US LLP

By:  /s/ David Ktshozyan (as authorized on 2/5/26)
          DAVID KTSHOZYAN
     Attorneys for Defendants STARNET
     INSURANCE COMPANY AND BERKLEY
     ASSET PROTECTION UNDERWRITING
          MANAGERS, LLC

# ORDER

The Court, having considered the parties' stipulation for voluntary dismissal pursuant to FRCP 41(a)(1)(A)(ii) and tolling of the statute of limitations, hereby ORDERS that **Berkley Asset Protection Underwriting Managers, LLC** <u>only</u> is **DISMISSED without prejudice,** and the applicable statutes of limitation are tolled in accordance with the terms of the parties' stipulation.

IT IS SO ORDERED.

Dated: February 05, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

3972395.1